UNITED STATES DISTRICT COURT
DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SAVAGE INDUSTRIAL RAIL SERVICES INC. and GREENWICH INSURANCE COMPANY,<br><br>Defendants. | STIPULATION OF DISMISSAL<br><br>Case No. 2:21-cv-00036-BSJ<br><br>Judge Bruce S. Jenkins |

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED** by and between counsel for Plaintiff, American Guarantee and Liability Insurance Company, counsel for Defendant, Savage Industrial Rail Services, Inc., and counsel for Defendant, Greenwich Insurance Company, that all claims by, between and among the parties are dismissed in their entirety without prejudice and without costs to any party, pursuant to Rule 41 of the Fed. R. Civ. P.

Dated: April 26, 2022

| | |
|---|---|
| **AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY**<br><br>_/s/ Gabriel E. Darwick_<br>Gabriel E. Darwick<br>Coughlin Midlige & Garland LLP<br>Wall Street Plaza<br>88 Pine Street, 28th Floor<br>New York, NY 10005<br>(212) 483-0105 | **SAVAGE INDUSTRIAL RAIL SERVICES, INC.**<br><br>_/s/ David Schubert_<br>David Schubert<br>Schubert & Evans, P.C.<br>900 Jackson Street, Suite 630<br>Dallas, TX 75202<br>(214)-744-4400 |

**GREENWICH INSURANCE COMPANY**

_/s/ Bruce Celebrezze_

Bruce Celebrezze
Clyde & Co US LLP
150 California Street, 15th Floor
San Francisco, CA 94111
(415) 365-9800